

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-21-00280-CV

———————————————————

IN THE INTEREST OF Z.M. AND E.M., CHILDREN

---

On Appeal from the 322nd District Court
Tarrant County, Texas
Trial Court No. 322-679090-20

---

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

On Friday, March 4, 2022, we notified Appellant that her brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with this court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellant has failed to file a brief even after we afforded her an opportunity to explain her initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered:  April 14, 2022